**Order entered July 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00423-CV

### IN RE WANDA BOWLING, RELATOR

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-51274-2015**

### ORDER
Before Justices Schenck, Nowell, and Garcia

In accordance with this Court's opinion of this date, this proceeding is **DISMISSED** for want of jurisdiction. Relator's motion for emergency relief is **DENIED** without prejudice to refiling a challenge to administrative judge's denial of the order in the manner permitted by statue.


/s/     DENNISE GARCIA
        JUSTICE